ARCHIBALD WILLIAMSON and Others, Respondents, v. NEW YORK OVERSEA COMPANY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JESSE J. EISENMAN, Respondent, v. AMERICAN-LA FRANCE FIRE ENGINE COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SADIE ROTHENBERG, Alias ANNIE KLINE, Appellant.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MACLAREN & GENTLES, INC., Respondent, v. MAXIM KARMINSKI, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH GIBSON, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Smith, J., dissented.

SANFORD H. COHEN, Appellant, v. GEORGE DUNLOP and Others, Respondents.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

A. W. MCLAUGHLIN & COMPANY, Respondent, v. THE SOUTHERN HOTEL COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ROBERT HOLMES, Individually and as Trustee, etc., and Others, Respondents, v. HUGH N. CAMP, JR., Individually and as Sole Surviving Executor of and as Trustee under the Last Will and Testament of HUGH N. CAMP, Deceased, and Others, Impleaded with EMILY LEFFERTS JONES and Others, as Executors, etc., of DWIGHT A. JONES, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

PATERNO INVESTING CORPORATION, Respondent, v. JACOB KATZ, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.